**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Edward<br>First name<br><br>F.<br>Middle name<br><br>Sporl, 4th<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | AKA Edward Fredrick Sporl, 4th | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7330 | |

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 1 of 90

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

About Debtor 1:

415 Sherwood Dr. #309
Novato, CA 94945
Number, Street, City, State & ZIP Code

Marin
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ☒ Yes.

|  | District | United States Bankruptcy Court Northern District of California San Francisco Division | When | 2/13/25 | Case number | 25-30111 |
|---|---|---|---|---|---|---|
|  | District | | When | | Case number | |
|  | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

|  | Debtor | | | | Relationship to you | |
|---|---|---|---|---|---|---|
|  | District | | When | | Case number, if known | |
|  | Debtor | | | | Relationship to you | |
|  | District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No.    Go to line 12.
- ☒ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 3 of 90

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 5 of 90

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☐ No

     ☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Edward F. Sporl, 4th
_____      _____
Edward F. Sporl, 4th                          Signature of Debtor 2
Signature of Debtor 1

Executed on    May 12, 2025            Executed on _____
               MM / DD / YYYY                           MM / DD / YYYY

Debtor 1    Edward F. Sporl, 4th                      Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Lars Fuller _____    Date    May 12, 2025 _____
Signature of Attorney for Debtor                                     MM / DD / YYYY

Lars Fuller _____
Printed name

The Fuller Law Firm PC _____
Firm name

60 N Keeble Avenue
San Jose, CA 95126 _____
Number, Street, City, State & ZIP Code

Contact phone    (408) 295-5595 _____    Email address    admin@fullerlawfirm.net _____

141270 CA _____
Bar number & State

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**             page 7

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | Edward F. Sporl, 4th | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

Judith A. Denning
c/o Haulk & Herrera
100 Pine St Ste 1250
San Francisco, CA 94111

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?     litigation jmt for wages and attorney fees on appeal          $432,172.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    - _____
    Unsecured claim

**2**

Mohela/Dept of ED
633 Spirit Dr
Chesterfield, MO 63005-1243

_____

_____
Contact

What is the nature of the claim?     student loan          $11,287.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    - _____

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 8 of 90

| | | | |
|---|---|---|---|
| **3** | US SBA EIDL Loan<br>455 Market St., Suite 600<br>San Francisco, CA 94105 | **What is the nature of the claim?** Guar of SBA EIDL loan | $325,475.16 |

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

| | | | |
|---|---|---|---|
| **4** | US SBA EIDL Loan<br>PO Box 3918<br>Portland, OR 97208 | **What is the nature of the claim?** guar of SBA loan | $279,869.00 |

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Edward F. Sporl, 4th          X

Edward F. Sporl, 4th                     Signature of Debtor 2
Signature of Debtor 1

Date  May 12, 2025                Date

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 2

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="3"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | Edward F. Sporl, 4th | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 0.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $ 424,099.00 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $ 424,099.00 |

### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,048,803.16 |

**Your total liabilities** $ 1,048,803.16

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $ 12,962.54 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................. | $ 8,200.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 10 of 90

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Debtor 1          Edward F. Sporl, 4th
                  _____
                  First Name          Middle Name          Last Name

Debtor 2          _____
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number   _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes.   Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: Toyota | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| | Model: Sedan | ☒ Debtor 1 only | | |
| | Year: 2022 | ☐ Debtor 2 only | | |
| | Approximate mileage: 50000 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | Lease car | ☐ Check if this is community property (see instructions) | $1.00 | $1.00 |

| 3.2 | Make: BMW | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|
| | Model: M3 | ☒ Debtor 1 only | | |
| | Year: 2013 | ☐ Debtor 2 only | | |
| | Approximate mileage: 106000 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | Value KBB.com mid range Trade in value | ☐ Check if this is community property (see instructions) | $18,892.00 | $18,892.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 12 of 90

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>        $18,893.00

### Part 3:  Describe Your Personal and   Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes.   Describe.....

   | Books, Ordinary reasonable household goods and furnishings | $1,100.00 |

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes.   Describe.....

   | TV's, stereos, mobile phone and other electronics | $100.00 |

8.  **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes.   Describe.....

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes.   Describe.....

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☒ No
   ☐ Yes.   Describe.....

11.  **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☒ Yes.   Describe.....

   | Clothing and Wearing Apparel | $500.00 |

12.  **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☒ Yes.   Describe.....

   | Watch | $100.00 |

13.  **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☒ No
   ☐ Yes.   Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
   ☒ No
   ☐ Yes.   Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................        $1,800.00

### Part 4:  Describe Your Financial Assets

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 13 of 90

| Debtor 1 | Edward F. Sporl, 4th | | Case number *(if known)* | |
|---|---|---|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................................

Cash on hand      $27,000.00

---

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes........................      Institution name:

17.1. Other financial account      Fidelity, opened to have access to Debit card      $906.00

---

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes.    Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| Denning & Company, Sub S Corp not operating. | 100 % | $0.00 |
| Unisource   Tax Consulting, LLC, 99% membership interest.   No value if Debtor does not operate it. No goodwill in bankruptcy because cant compel covenant not to complete, value nil | 99 % | $0.00 |
| Edward F. Sporl, CPA sub S Corp, no value in bankruptcy if Debtor does not operate, no goodwill in bankruptcy | % | $0.00 |

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them
     Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | SEP-Unisource listed for notice, per Patterson v Shumate not bankruptcy S541 estate asset, value thus nil | $110,000.00 |
| Pension | Defined Benefit Plan, Edward F. Sporl, Inc, listed for notice but not S.541 estate asset per Patterson v Shumate, value nil | $265,000.00 |

---

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☒ Yes. .........................      Institution name or individual:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Rental Deposit | Summit of Sausalito, years ago | $500.00 |

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ☒ No
- ☐ Yes.............        Issuer name and description.

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☒ No
- ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☒ No
- ☐ Yes.   Give specific information about them...

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☒ No
- ☐ Yes.   Give specific information about them...

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☒ No
- ☐ Yes.   Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28.** **Tax refunds owed to you**
- ☒ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.** **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☒ No
- ☐ Yes. Give specific information......

**30.** **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☒ No
- ☐ Yes.   Give specific information..

**31.** **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☒ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| | Company name: | Beneficiary: | Surrender or refund value: |

**32.** **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☒ No
- ☐ Yes.   Give specific information..

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☒ No
- ☐ Yes.   Describe each claim.........

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☒ No
- ☐ Yes.   Describe each claim.........

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

35.  **Any financial assets you did not already list**
☒ No
☐ Yes.    Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here.................................................................................................................

| | $403,406.00 |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
              If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
☐ No
☒ Yes. Give specific information.........

| Denning & Co, (no longer actively operating) | | $0.00 |

54.  Add the dollar value of all of your entries from Part 7. Write that number here  ...................................

| | $0.00 |

**Part 8:**    List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**  ...........................................................................................       $0.00
56.  **Part 2: Total vehicles, line 5**                                          $18,893.00
57.  **Part 3: Total personal and household items, line 15**                      $1,800.00
58.  **Part 4: Total financial assets, line 36**                                $403,406.00
59.  **Part 5: Total business-related property, line 45**                             $0.00
60.  **Part 6: Total farm- and fishing-related property, line 52**                    $0.00
61.  **Part 7: Total other property not listed, line 54**                +            $0.00

62.  **Total personal property.** Add lines 56 through 61...   $424,099.00   Copy personal property total      $424,099.00

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $424,099.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Edward F. Sporl, 4th | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 2022 Toyota Sedan 50000 miles Lease car<br>Line from *Schedule A/B*: 3.1 | $1.00 | ☒ | $1.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 2013 BMW M3 106000 miles Value KBB.com mid range Trade in value<br>Line from *Schedule A/B*: 3.2 | $18,892.00 | ☒ | $8,625.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 2013 BMW M3 106000 miles Value KBB.com mid range Trade in value<br>Line from *Schedule A/B*: 3.2 | $18,892.00 | ☒ | $10,267.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Books, Ordinary reasonable household goods and furnishings<br>Line from *Schedule A/B*: 6.1 | $1,100.00 | ☒ | $1,100.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| TV's, stereos, mobile phone and other electronics<br>Line from *Schedule A/B*: 7.1 | $100.00 | ☒ | $100.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 17 of 90

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Clothing and Wearing Apparel<br>Line from *Schedule A/B*: 11.1 | $500.00 | ☒ | $500.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Watch<br>Line from *Schedule A/B*: 12.1 | $100.00 | ☒ | $100.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $27,000.00 | ☒ | $27,000.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Fidelity, opened to have access to Debit card<br>Line from *Schedule A/B*: 17.1 | $906.00 | ☒ | $906.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| SEP-Unisource listed for notice, per Patterson v Shumate not bankruptcy S541 estate asset, value thus nil<br>Line from *Schedule A/B*: 21.1 | $110,000.00 | ☒ | $110,000.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| Defined Benefit Plan, Edward F. Sporl, Inc, listed for notice but not S.541 estate asset per Patterson v Shumate, value nil<br>Line from *Schedule A/B*: 21.2 | $265,000.00 | ☒ | $265,000.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| Summit of Sausalito, years ago<br>Line from *Schedule A/B*: 22.1 | $500.00 | ☒ | $500.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 18 of 90

| Debtor 1 | Edward F. Sporl, 4th | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** Toyota Financial Services Lease | | $0.00 | $1.00 | $0.00 |
| Creditor's Name | **Describe the property that secures the claim:** 2022 Toyota Sedan 50000 miles Lease car | | | |

PO Box 105386
Atlanta, GA 30348
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $0.00 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1        Edward F. Sporl, 4th
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
    identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
    possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
    Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | Franchise Tax Board | Last 4 digits of account number  6160  $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
PO Box 942867
Sacramento, CA 94267-0001
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

|  |  | | | |
|---|---|---|---|---|
| **2.2** | Internal Revenue Service | Last 4 digits of account number  6160  $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 20 of 90

☒ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| **4.1** | Judith A. Denning | Last 4 digits of account number   9103 | $432,172.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Haulk & Herrera
100 Pine St Ste 1250
San Francisco, CA 94111

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   litigation jmt for wages and attorney fees on appeal

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **4.2** | Mohela/Dept of ED | Last 4 digits of account number   6160 | $11,287.00 |
|---|---|---|---|

Nonpriority Creditor's Name
633 Spirit Dr
Chesterfield, MO 63005-1243

**When was the debt incurred?**   2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

      student loan

---

| **4.3** | US SBA EIDL Loan | Last 4 digits of account number   9109 | $279,869.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 3918
Portland, OR 97208

**When was the debt incurred?**   12-11-2021

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   guar of SBA loan

**Is the claim subject to offset?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Edward F. Sporl, 4th | Case number (if known) | |
|---|---|---|---|

| 4.4 | US SBA EIDL Loan | | |
|---|---|---|---|

Nonpriority Creditor's Name

455 Market St., Suite 600
San Francisco, CA 94105

Number Street City State Zip Code

**Last 4 digits of account number** 7513

**When was the debt incurred?** 12-13-2021

$325,475.16

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Guar of SBA EIDL loan

<hr>

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| co Fennemore, LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607 | Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Judith Denning<br>7240 Brower Way<br>San Ramon, CA 94582 | Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Small Bus Administration<br>455 Market St., Suite 600<br>San Francisco, CA 94105 | Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Small Business Administration<br>721 19th St.<br>Denver, CO 80202 | Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

<hr>

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.   **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 0.00 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 11,287.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 1,037,516.16 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 22 of 90

| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,048,803.16 |

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 23 of 90

| | | | |
|---|---|---|---|
| Debtor 1 | Edward F. Sporl, 4th | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  TMCC<br>P.O. Box 105386<br>Atlanta, GA 30348 | 2022 Toyota Sedan |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Edward F. Sporl, 4th |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1  Denning & Company, Inc <br> 999 5th Ave Ste 250 <br> San Rafael, CA 94901 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.1___ <br> ☐ Schedule G _____ <br> Judith A. Denning |
| 3.2  Denning & Company, Inc. <br> 999 Fifth Ave., Ste 250 <br> San Rafael, CA 94901 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.4___ <br> ☐ Schedule G _____ <br> US SBA EIDL Loan |
| 3.3  Gary Winston, CPA <br> 999 5th Ave <br> San Rafael, CA 94901 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.1___ <br> ☐ Schedule G _____ <br> Judith A. Denning |
| 3.4  Hsia, Vicky <br> 132 Park Pl <br> Millbrae, CA 94030 | ☒ Schedule D, line ___2.1___ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Toyota Financial Services Lease |

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 25 of 90

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |

| 3.5 | Unisource Tax Group, Inc <br> 999 5th Ave Ste 250 <br> San Rafael, CA 94901 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.3___ <br> ☐ Schedule G _____ <br> US SBA EIDL Loan |

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 26 of 90

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 27 of 90

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Edward F. Sporl, 4th |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | CPA | |
| Employer's name | Sporl Co, CPA | |
| Employer's address | 999 5th Ave Ste 250<br>San Rafael, CA 94901 | |
| How long employed there? | 11 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 19,166.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 19,166.00 | $ N/A |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................ 4. | $ 19,166.00 | $ _____ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 6,203.46 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 6,203.46    N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 12,962.54    N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ N/A

8b. **Interest and dividends**    8b.    $ 0.00    $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ N/A

8d. **Unemployment compensation**    8d.    $ 0.00    $ N/A

8e. **Social Security**    8e.    $ 0.00    $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ N/A

8g. **Pension or retirement income**    8g.    $ 0.00    $ N/A

8h. **Other monthly income.** Specify: _____    8h.+    $ 0.00    + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 12,962.54    + $ N/A    = $ 12,962.54
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12.    $ 12,962.54
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: Debtor max funds Defined Benefit Plan: $165K in 2024 and $110K in 2025. If ceased, income expected to increase by ~10K/mo gross in 2026

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Edward F. Sporl, 4th |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 2,900.00

   **If not included in line 4:**

   4a.  Real estate taxes    4a. $ _____ 0.00
   4b.  Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
   4c.  Home maintenance, repair, and upkeep expenses    4c. $ _____ 0.00
   4d.  Homeowner's association or condominium dues    4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

6. **Utilities:**
   6a.  Electricity, heat, natural gas    6a. $ _____ 0.00
   6b.  Water, sewer, garbage collection    6b. $ _____ 0.00
   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____ 200.00
   6d.  Other. Specify: _____    6d. $ _____ 0.00

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 29 of 90

| | | | |
|---|---|---|---:|
| 7. | **Food and housekeeping supplies** | 7. $ | 2,500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 225.00 |
| 10. | **Personal care products and services** | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 1,200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 50.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---:|
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 225.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____

| | | |
|---|---|---:|
| 16. $ | | 0.00 |

17. **Installment or lease payments:**

| | | | |
|---|---|---|---:|
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.  Other. Specify: _____ | 17d. $ | 0.00 |

| | | | |
|---|---|---|---:|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ | 0.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | | |
|---|---|---|---:|
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21.  +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---:|
| | 22a. Add lines 4 through 21. | $ | 8,200.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 8,200.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---:|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 12,962.54 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 8,200.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 4,762.54 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.      Explain here: Because he had no checking account, living expenses were paid by Unisource but reimbursed by Debtor

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 30 of 90

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Edward F. Sporl, 4th |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Edward F. Sporl, 4th                     X _____
   Edward F. Sporl, 4th                            Signature of Debtor 2
   Signature of Debtor 1

   Date   May 12, 2025                            Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Edward F. Sporl, 4th |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ☒ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $82,500.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year: (January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips | $165,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 32 of 90

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips | $310,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☒ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 33 of 90

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Denning & Company, Inc. v Judith Denning, et al Civ 21-01145 | wages, breach of contract, | Marin County Superior Court 60 N. Keeble Ave. San Rafael, CA 94903-4112 | ☐ Pending ☒ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☒ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☒ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 34 of 90

disaster, or gambling?

☒ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| The Fuller Law Firm, P.C.<br>60 N Keeble Ave<br>San Jose, CA 95126-2723<br>Edward Sporl, CPA | In addition Debtor paid for the filing fee | 5-8-2025 by wire | $15,000.00 |
| Vos Law Office<br>1430 Lincoln Ave.<br>San Rafael, CA 94901 | Attorney fees and Chp. 13 filing fee | 2-4-2025 | $8,313.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20.   Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☒   No
☐   Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.   Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒   No
☐   Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22.   Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒   No
☐   Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.   Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒   No
☐   Yes.   Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒   No
☐   Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 36 of 90

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.   Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Edward F. Sporl, CPA<br>999 5th Ave.<br>San Rafael, CA 94901-2985 | CPA | EIN:   99-05233919<br>From-To   1-4-2024 to present |
| Denning & Company, Inc.<br>999 Fifth Ave., Ste 250<br>San Rafael, CA 94901 | Tax Preparation | EIN:   68-0424036<br>From-To   1-1-2019 to present (but not operating) |
| Unisource Tax Consulting, LLC<br>999 5th Ave., Suite 250<br>San Rafael, CA 94901 | Tax preparation | EIN:   47-5010969<br>From-To   6-2015 to present |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Edward F. Sporl, 4th
_____          _____
Edward F. Sporl, 4th                                                 **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**    May 12, 2025                                                **Date**    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 40 of 90

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 41 of 90

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                         Case No.
     Edward F. Sporl, 4th

_____ Debtor(s).         /

CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of _3_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   May 12, 2025

                    /s/ Lars Fuller
                    _____
                    Signature of Debtor's Attorney or Pro Per Debtor

```
co Fennemore, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607


Denning & Company, Inc
999 5th Ave Ste 250
San Rafael, CA 94901


Denning & Company, Inc.
999 Fifth Ave., Ste 250
San Rafael, CA 94901


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001


Gary Winston, CPA
999 5th Ave
San Rafael, CA 94901


Hsia, Vicky
132 Park Pl
Millbrae, CA 94030


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Judith A. Denning
c/o Haulk & Herrera
100 Pine St Ste 1250
San Francisco, CA 94111
```

Judith Denning
7240 Brower Way
San Ramon, CA 94582


Mohela/Dept of ED
633 Spirit Dr
Chesterfield, MO 63005-1243


TMCC
P.O. Box 105386
Atlanta, GA 30348


Toyota Financial Services Lease
PO Box 105386
Atlanta, GA 30348


Unisource Tax Group, Inc
999 5th Ave Ste 250
San Rafael, CA 94901


US SBA EIDL Loan
PO Box 3918
Portland, OR 97208


US SBA EIDL Loan
455 Market St., Suite 600
San Francisco, CA 94105


US Small Bus Administration
455 Market St., Suite 600
San Francisco, CA 94105

US Small Business Administration
721 19th St.
Denver, CO 80202

Debtor 1     Edward F. Sporl, 4th

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income

**12/21**

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 19,166.67 | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm $ 0.00 **Copy here ->** | | | $ 0.00 | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property $ 0.00 **Copy here ->** | | | $ 0.00 | $ _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 47 of 90

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................................................$ _____ 0.00

For your spouse....................................................$ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | $ | $ |
|---|---|---|
| _____ | $ 0.00 | $ |
| Total amounts from separate pages, if any. + | $ 0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

| $ 19,166.67 | + | $ | = | $ 19,166.67 |
|---|---|---|---|---|

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 48 of 90

| Part 2: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Edward F. Sporl, 4th
Edward F. Sporl, 4th
Signature of Debtor 1

Date   May 12, 2025
MM / DD  / YYYY

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 11/01/2024 to 04/30/2025.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Employer: Sporl Co, CPA
Constant income of $19,166.67 per month.*

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 50 of 90

**\*Paycheck Details:**

Sporl Co, CPA

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|------|---------|----------|-------|-------|-----------|
| 11/8/2024 | 35,000.00 | 0.00 | 11,330.74 | 0.00 | 23,669.26 |
| 11/16/2024 | 35,000.00 | 0.00 | 11,330.74 | 0.00 | 23,669.26 |
| 12/1/2024 | 45,000.00 | 0.00 | 8,947.00 | 0.00 | 36,053.00 |
| 5/7/2025 | 82,500.00 | 0.00 | 28,051.25 | 0.00 | 54,448.75 |
| 6/1/2025 | 19,166.00 | 0.00 | 6,203.46 | 0.00 | 12,962.54 |
| Totals: | 216,666.00 | 0.00 | 65,863.19 | 0.00 | 150,802.81 |

Case: 25-10287    Doc# 1    Filed: 05/12/25    Entered: 05/12/25 15:39:19    Page 51 of 90

# United States Bankruptcy Court
## Northern District of California

In re  Edward F. Sporl, 4th

Debtor(s)

Case No.

Chapter  11

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

    a)    For legal services rendered or to be rendered in contemplation of and in connection with this case, I have agreed to accept and received a retainer of ................................................................................................................    $           15,000.00

    b)    The undersigned shall bill against the retainer at an hourly rate of..........    $           505.00

3.    $   1,738.00   of the filing fee in this case has been paid.

4.    The Services rendered or to be rendered include the following:

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and Edward Sporl, CPA

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.    The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  May 12, 2025

Respectfully submitted,

/s/ Lars Fuller

Attorney for Debtor: Lars Fuller
The Fuller Law Firm PC
60 N Keeble Avenue
San Jose, CA 95126
(408) 295-5595   Fax:
admin@fullerlawfirm.net

**Edward F. Sporl IV**

Balance Sheet as of May 12, 2025

Assets

| | | |
|---|---|---|
| Current Assets | 27,906 | |
| Other Assets | 396,193 | |
| | | 424,099 |
| Liabilities | | 443,459 |
| Net worth | | (19,360) |

Profit and Loss Calendar year 2024

| | | |
|---|---|---|
| Revenue w-2 income | | $165,000 |
| Expenses | | |
| Taxes | $53,119 | |
| Rent | $34,800 | |
| Food | $20,800 | |
| Clothing | $8,000 | |
| Entertainment/Vacation | $14281 | |
| Misc | $10,000 | |
| Trustee Fees | $24000 | |

Total……………………………………………………………………$0.00

| **1040** | **Federal Return Summary** | **2023** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| Edward F Sporl IV | 6160 |

Tax Form .................................... **1040**

Tax Method Used  **Qual Div Cap Gain Wrk**

Filing Status .................................... **SGL**
Dependents ....................................

## Income

| | |
|---|---|
| Salaries & wages | **275,000** |
| Taxable interest income | **358** |
| Tax exempt interest | |
| Dividend income | **15,591** |
| Qualified dividends **1,349** | |
| Taxable state/local refunds | |
| Alimony received | |
| Business income/-loss | |
| Capital gain/-loss | |
| Other gain/-loss (Form 4797) | |
| Taxable IRA distributions | |
| Taxable pension distributions | |
| Rental, royalty, partnership, etc. income/-loss | **−33,077** |
| Farm income/-loss | |
| Unemployment compensation | |
| Taxable social security benefits | |
| Other income | |
| **Total income** | **257,872** |

## Adjustments

| | |
|---|---|
| Moving expenses | |
| Deductible part of self-employment tax | |
| SEP, SIMPLE, and qualified plan deduction | |
| Self-employed health insurance deduction | |
| Alimony paid | |
| IRA deduction | |
| Student loan interest deduction | |
| Other adjustments | |
| Total adjustments | |
| **Adjusted gross income** | **257,872** |

## Deductions

| | |
|---|---|
| Medical and Dental expenses | |
| Taxes paid | |
| Interest paid | |
| Charitable contributions | |
| Other itemized deductions | |
| Total itemized deductions | |
| or, Standard deduction | **13,850** |
| Taxable income before Qual Bus Inc Ded (QBID) | **244,022** |
| QBID | **6** |
| **Taxable income** | **244,016** |

## Tax Computation

| | |
|---|---|
| Regular tax | **57,030** |
| Alternative minimum tax | |
| Excess advance premium tax credit | |
| Total tax before credits | **57,030** |
| Child and dependent care credit | |
| Education credits | |
| Other credits | |
| Total credits | |
| Tax after credits | **57,030** |
| Self-employment tax | |
| Additional tax on IRAs, etc. | |
| Other taxes | **876** |
| **Total tax** | **57,906** |

## Payments

| | |
|---|---|
| Federal income tax withheld | **58,066** |
| Estimated payments | |
| Other payments/credits | |
| **Total payments** | **58,066** |

## Refund/Amount Due

| | |
|---|---|
| Amount overpaid | **160** |
| Overpayment applied | |
| Form 2210 penalty | |
| **Amount due/-refund** | **−160** |
| Failure to file penalty | |
| Failure to pay penalty | |
| Late filing interest | |
| **Net amount due/-refund** | **−160** |

## 2024 Estimates

| | |
|---|---|
| 1st quarter | **1,408** |
| 2nd quarter | **1,408** |
| 3rd quarter | **1,408** |
| 4th quarter | **1,407** |
| **Total Estimates** | **5,631** |

## Tax Rates

| | |
|---|---|
| Marginal tax rate - Ordinary income* | **35.0** % |
| Marginal tax rate - Capital income* | **15.0** % |
| Effective tax rate | **24.0** % |

**\* Marginal Tax Rate displayed may not reflect the true tax rate for Schedule J or Form 8615.**

**Internal Revenue Service, P.O. Box 802502, Cincinnati, OH 45280-2502**

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

## 2024 Estimated Tax

Payment Voucher **3**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2024 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year–Due Sept. 16, 2024**

Amount of estimated tax you are paying by check or money order.

**1,408**

**Pay online at** www.irs.gov/ etpay

**Simple. Fast. Secure.**

Print or type

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| Edward F | Sporl IV | 6160 |

If joint payment, complete for spouse

| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
999 5th Ave            250

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| SAN Rafael | CA | 94901 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**        **Form 1040-ES (2024)**
DAA

- - - - - - - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - - - - -

**Internal Revenue Service, P.O. Box 802502, Cincinnati, OH 45280-2502**

Form **1040-ES**

Department of the Treasury
Internal Revenue Service

## 2024 Estimated Tax

Payment Voucher **2**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2024 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year–Due June 17, 2024**

Amount of estimated tax you are paying by check or money order.

**1,408**

**Pay online at** www.irs.gov/ etpay

**Simple. Fast. Secure.**

Print or type

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| Edward F | Sporl IV | 6160 |

If joint payment, complete for spouse

| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
999 5th Ave            250

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| SAN Rafael | CA | 94901 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**        **Form 1040-ES (2024)**
DAA

- - - - - - - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - - - - -

**Internal Revenue Service, P.O. Box 802502, Cincinnati, OH 45280-2502**

Form **1040-ES**

Department of the Treasury
Internal Revenue Service

## 2024 Estimated Tax

Payment Voucher **1**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2024 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year–Due April 15, 2024**

Amount of estimated tax you are paying by check or money order.

**1,408**

**Pay online at** www.irs.gov/ etpay

**Simple. Fast. Secure.**

Print or type

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| Edward F | Sporl IV | 6160 |

If joint payment, complete for spouse

| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
999 5th Ave            250

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| SAN Rafael | CA | 94901 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**        **Form 1040-ES (2024)**
DAA

# Form 1040-ES     Estimated Tax for Individuals

(on bottom of page)

- - - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - -

**Internal Revenue Service, P.O. Box 802502, Cincinnati, OH 45280-2502**

Form **1040-ES**

Department of the Treasury
Internal Revenue Service

## 2024 Estimated Tax

**Payment Voucher 4**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2024 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year–Due Jan. 15, 2025**

Amount of estimated tax you are paying by check or money order.

**1,407**

**Pay online at**
*www.irs.gov/ etpay*

**Simple.**
**Fast.**
**Secure.**

| | | |
|---|---|---|
| Your first name and middle initial **Edward F** | Your last name **Sporl IV** | Your social security number **6160** |
| If joint payment, complete for spouse | | |
| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
| Address (number, street, and apt. no.) **999 5th Ave            250** | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. **SAN Rafael** | State **CA** | ZIP code **94901** |
| Foreign country name | Foreign province/county | Foreign postal code |

Print or type

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.     Form **1040-ES** (2024)

DAA

| Form **1040** | **Estimated Tax Payments Worksheet** | **2024** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| Edward F Sporl IV | 6160 |

## Summary of Estimated Tax Payments

| Voucher | (a) Due Date | (b) Total Estimate Amount | (c) 2023 Overpayment Applied | (d) Estimate Amt Paid | (e) Balance due Column b - Columns c & d | (f) Date paid | (g) Amount paid |
|---|---|---|---|---|---|---|---|
| 1 | 04/15/24 | 1,408 | | | 1,408 | | |
| 2 | 06/17/24 | 1,408 | | | 1,408 | | |
| 3 | 09/16/24 | 1,408 | | | 1,408 | | |
| 4 | 01/15/25 | 1,407 | | | 1,407 | | |
| Total | ▶ | 5,631 | | | 5,631 | | |

### Calculation of 1040-ES Payments

**If adjusting current year amounts, then complete lines 1 through 9. Otherwise, skip to line 10.**

| | | | |
|---|---|---|---|
| 1. | Taxpayer self-employment income adjustment. | 1. | |
| 2. | Spouse self-employment income adjustment. | 2. | |
| 3. | Other adjustments to adjusted gross income. | 3. | |
| 4. | Computed adjustments to adjusted gross income. | 4. | |
| 5. | **Add lines 1 through 4.** Total adjustments to adjusted gross income. | 5. | |
| 6. | Computed adjustments to self-employment tax. | 6. | |
| 7. | Computed adjustments to income tax. | 7. | |
| 8. | Other planned adjustments to taxes/credits. | 8. | |
| 9. | **Add lines 6 through 8.** Total Planned tax adjustments Safe harbor adjustment | 9. | 5,791 |
| 10. | Enter Total Tax from Form 1040, 1040-SR, or 1040-NR , line 24. | 10. | 57,906 |
| 11. | **Add lines 9 and 10.** Total adjusted tax before adjustments. | 11. | 63,697 |
| 12. | Allowed adjustments from Form 1040-ES Instructions: | | |
| | **a.** Unreported SS, Medicare tax, and RRTA tax. | 12a. | |
| | **b.** Tax on excess contributions to IRAs, MSAs, Coverdell ESAs, HSAs, and excess accumulations in retirement plans. | 12b. | |
| | **c.** Recapture of federal mortgage subsidy, excise tax on excess golden parachute payments, and look-back interest. | 12c. | |
| | **d.** Refundable credits from Schedule EIC, Forms 8812, 8863, 8962, and 4136. | 12d. | |
| | **Add Lines 12a through 12d.** Total allowed adjustments. | 12. | |
| 13. | **Subtract line 12 from line 11. 2023 Estimated Tax.** | 13. | 63,697 |
| 14. | Enter 2023 Federal income tax withheld (Form 1040NR filers include amounts paid with Form 1040-C.) | 14. | 58,066 |
| 15. | Enter adjustment(s) to withholding. | 15. | |
| 16. | **Estimated 2023 Tax, including adjustments.** | | |
| | **a.** Based upon adjusted **2023** Tax (line 13 - lines 14 and 15). | 16a. | 5,631 |
| | **b.** Based upon projected **2024** tax. | 16b. | |
| | **Enter amount from 16a or 16b.** | 16. | 5,631 |
| 17. | Enter 2023 overpayment applied to 2024 estimates from Form 1040, 1040-SR, or 1040-NR, line 36. | 17. | |
| 18. | Enter amounts already paid towards 2024 estimates. | 18. | |
| 19. | **Subtract lines 17 and 18 from line 16.** | 19. | 5,631 |
| 20. | Enter Rounding adjustment. | 20. | |
| 21. | **Add lines 19 and 20. Balance of Estimated Tax for 2024.** | 21. | 5,631 |

Form **8879**
(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

# IRS *e-file* Signature Authorization

▶ **ERO must obtain and retain completed Form 8879.**

▶ **Go to** *www.irs.gov/Form8879* **for the latest information.**

OMB No. 1545-0074

Submission Identification Number (SID) ▶ **94611120242440003917**

| Taxpayer's name | Social security number |
|---|---|
| Edward F Sporl IV | 6160 |
| Spouse's name | Spouse's social security number |

| **Part I** | **Tax Return Information — Tax Year Ending December 31, 2023** | (Enter year you are authorizing.) |
|---|---|---|

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---:|
| 1 | Adjusted gross income | 1 | 257,872 |
| 2 | Total tax | 2 | 57,906 |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | 3 | 58,066 |
| 4 | Amount you want refunded to you | 4 | 160 |
| 5 | Amount you owe | 5 | |

| **Part II** | **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)** |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and, to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN `83124` as my
               **ERO firm name**
signature on the income tax return (original or amended) I am now authorizing.

                                       **Enter five digits, but**
                                       **don't enter all zeros**

☒ I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                            Date ▶ **08/31/24**

**Spouse's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN _____ as my
               **ERO firm name**
signature on the income tax return (original or amended) I am now authorizing.

                                         **Enter five digits, but**
                                       **don't enter all zeros**

☐ I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶                           Date ▶

**Practitioner PIN Method Returns Only—continue below**

| **Part III** | **Certification and Authentication — Practitioner PIN Method Only** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    `94611110268`
                                                               **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345,** Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ▶  **Edward F Sporl**                Date ▶ **08/31/24**

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **8879** (Rev. 01-2021)

| Taxpayer Name | **Edward F** | **Sporl IV** |
|---|---|---|
| Spouse Name | | |

**DO NOT SUBMIT THIS DOCUMENT TO IRS UNLESS REQUESTED TO DO SO**

**ERO Declaration**

I declare that the information contained in this electronic tax return is the information furnished to me by the taxpayer. If the taxpayer furnished me a completed tax return, I declare that the information contained in this electronic tax return is identical to that contained in the return provided by the taxpayer. If the furnished return was signed by a paid preparer, I declare I have entered the paid preparer's identifying information in the appropriate portion of this electronic return. If I am the paid preparer, under the penalties of perjury I declare that I have examined this electronic return, and to the best of my knowledge and belief, it is true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**ERO Signature**

**I am signing this Tax Return by entering my PIN below.**

ERO's PIN 94611110268

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Taxpayer Declarations**

**Perjury Statement**

Under penalties of perjury, I declare that I have examined this return, including any accompanying statements and schedules and, to the best of my knowledge and belief, it is true, correct, and complete.

**Consent to Disclosure**

I consent to allow my Intermediate Service Provider, transmitter, or Electronic Return Originator (ERO) to send my return to IRS and to receive the following information from IRS: a) an acknowledgment of receipt or reason for rejection of transmission; b) the reason for any delay in processing or refund; and, c) the date of any refund.

**Electronic Funds Withdrawal Consent**

If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH Electronic Funds Withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). I authorize EFTPS to issue me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To request that my PIN be mailed to me, or to revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal consent.

**I am signing this Tax Return/Form and Electronic Funds Withdrawal Consent, if applicable, by entering my Self-Select PIN below.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date (all numerics) 08/31/24

Taxpayer's PIN (enter five numbers, other than all zeroes)            83124

Spouse's PIN (enter five numbers, other than all zeroes)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Form 1310 Signature and Verification**

Completion of this section indicates that I am requesting a refund of taxes overpaid by or on behalf of the decedent. Under penalties of perjury, I declare that I have examined this Form 1310 claim, and to the best of my knowledge and belief, it is true, correct and complete.

_____          _____

Signature of person claiming refund                           Date

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**

**2023**

OMB No. 1545-0074 | IRS Use Only–Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning .................. , 2023, ending ..................... , 20 .....  See separate instructions.

| | |
|---|---|
| Your first name and middle initial | Last name |
| Edward F | Sporl IV |

**Your social security number**
6160

If joint return, spouse's first name and middle initial | Last name

Spouse's social security number

Home address (number and street). If you have a P.O box, see instructions.
**999 5th Ave**

Apt. no.
**250**

City, town or post office. If you have a foreign address, also complete spaces below.
**SAN Rafael**

State **CA**

ZIP code **94901**

Foreign country name

Foreign province/state/county

Foreign postal code

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

☐ You  ☐ Spouse

**Filing Status**
Check only one box.

[X] Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: ...................................................

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ......... ☐ Yes [X] No

**Standard Deduction**
Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind  Spouse: ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instr. and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) .................. | 1a | 275,000 |
| b | Household employee wages not reported on Form(s) W-2 ............... | 1b | |
| c | Tip income not reported on line 1a (see instructions) ................... | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) ... | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 .............. | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 .......... | 1f | |
| g | Wages from Form 8919, line 6 ................................... | 1g | |
| h | Other earned income (see instructions) ............................ | 1h | |
| i | Nontaxable combat pay election (see instructions) ......... 1i | | |
| z | Add lines 1a through 1h ........................................ | 1z | 275,000 |

Attach Sch. B if required.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | 358 |
| 3a | Qualified dividends | 3a | 1,349 | b Ordinary dividends | 3b | 15,591 |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Soc. sec. ben. | 6a | | b Taxable amount | 6b | |

Standard Deduction for –
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Other income from Schedule 1, line 10 ............................ | 8 | −33,077 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** .... | 9 | 257,872 |
| 10 | Adjustments to income from Schedule 1, line 26 .................... | 10 | 0 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ..... | 11 | 257,872 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) ...... | 12 | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A ... | 13 | 6 |
| 14 | Add lines 12 and 13 ........................................... | 14 | 13,856 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 244,016 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2023)

| Tax and Credits | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 | | | 16 | 57,030 |
|---|---|---|---|---|---|---|
| | | **3** ☐ _____ | | | | |
| | 17 | Amount from Schedule 2, line 3 | | | 17 | |
| | 18 | Add lines 16 and 17 | | | 18 | 57,030 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | | 20 | |
| | 21 | Add lines 19 and 20 | | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | 57,030 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | 23 | 876 |
| | 24 | Add lines 22 and 23. This is your **total tax** | | | 24 | 57,906 |
| **Payments** | 25 | Federal income tax withheld from: | | | | |
| | a | Form(s) W-2 | 25a | 57,796 | | |
| | b | Form(s) 1099 | 25b | | | |
| | c | Other forms (see instructions) | 25c | 270 | | |
| | d | Add lines 25a through 25c | | | 25d | 58,066 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| | 30 | Reserved for future use | 30 | | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | | |
| | 32 | Add lines 27, 28, 29 and 31. These are your **total other payments and refundable credits** | | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your total **payments** | | | 33 | 58,066 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | 34 | 160 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | | 35a | 160 |
| Direct deposit? See instructions. | b | Routing number 322271627 | c | Type: ☒ Checking ☐ Savings | | |
| | d | Account number 775679009 | | | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** | | | | |
| | | For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ............ **Yes.** Complete below.   ☐ **No**

| Designee's name | | Phone no. | | Personal identification number (PIN) | |
|---|---|---|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation Tax Associate | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see instr.) |

| Phone no. | Email address |
|---|---|

**Paid Preparer Use Only**

| Preparer's name Edward F Sporl | Preparer's signature Edward F Sporl | Date 05/05/25 | PTIN P01863676 | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name **Unisource Tax Consulting LLC** | | | Phone no. **415-629-8080** | |
| Firm's address **999 5th Avenue #250 San Rafael          CA  94901** | | | Firm's EIN **47-5010969** | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.          Form **1040** (2023)

DAA

| | | OMB No. 1545-0074 |
|---|---|---|
| **SCHEDULE 1**<br>**(Form 1040)** | **Additional Income and Adjustments to Income** | **2023** |
| Department of the Treasury<br>Internal Revenue Service | **Attach to Form 1040, 1040-SR, or 1040-NR.**<br>**Go to** *www.irs.gov/Form1040* **for instructions and the latest information.** | Attachment<br>Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Edward F Sporl IV | 6160 |

## Part I  Additional Income

| | | | |
|---|---|---|---|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes ............................... | **1** | |
| **2a** | Alimony received ............................................................................... | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions): | | |
| **3** | Business income or (loss). Attach Schedule C ............................................... | **3** | |
| **4** | Other gains or (losses). Attach Form 4797 ................................................. | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | –33,077 |
| **6** | Farm income or (loss). Attach Schedule F .................................................. | **6** | |
| **7** | Unemployment compensation ............................................................... | **7** | |
| **8** | Other income: | | |
| **a** | Net operating loss ............................................... | **8a** ( ) | |
| **b** | Gambling ....................................................... | **8b** | |
| **c** | Cancellation of debt ............................................ | **8c** | |
| **d** | Foreign earned income exclusion from Form 2555 ............... | **8d** ( ) | |
| **e** | Income from Form 8853 ......................................... | **8e** | |
| **f** | Income from Form 8889 ......................................... | **8f** | |
| **g** | Alaska Permanent Fund dividends ............................... | **8g** | |
| **h** | Jury duty pay ................................................... | **8h** | |
| **i** | Prizes and awards .............................................. | **8i** | |
| **j** | Activity not engaged in for profit income ....................... | **8j** | |
| **k** | Stock options .................................................. | **8k** | |
| **l** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8l** | |
| **m** | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | |
| **n** | Section 951(a) inclusion (see instructions) ...................... | **8n** | |
| **o** | Section 951A(a) inclusion (see instructions) .................... | **8o** | |
| **p** | Section 461(l) excess business loss adjustment ................. | **8p** | |
| **q** | Taxable distributions from an ABLE account (see instructions) .... | **8q** | |
| **r** | Scholarship and fellowship grants not reported on Form W-2 ..... | **8r** | |
| **s** | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** ( ) | |
| **t** | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | **8t** | |
| **u** | Wages earned while incarcerated ............................... | **8u** | |
| **z** | Other income. List type and amount: | **8z** | |
| **9** | Total other income. Add lines 8a through 8z ............................................... | **9** | |
| **10** | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | –33,077 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**  Schedule 1 (Form 1040) 2023

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **02**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Edward F Sporl IV | 6160 |

## Part I  Tax

| | | | |
|---|---|---|---|
| **1** | Alternative minimum tax. Attach Form 6251 | **1** | |
| **2** | Excess advance premium tax credit repayment. Attach Form 8962 | **2** | |
| **3** | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | **3** | |

## Part II  Other Taxes

| | | | | | |
|---|---|---|---|---|---|
| **4** | Self-employment tax. Attach Schedule SE | | | **4** | |
| **5** | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | | | |
| **6** | Uncollected social security and Medicare tax on wages. Attach Form 8919 | **6** | | | |
| **7** | Total additional social security and Medicare tax. Add lines 5 and 6 | | | **7** | |
| **8** | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here ☐ | | | **8** | |
| **9** | Household employment taxes. Attach Schedule H | | | **9** | |
| **10** | Repayment of first-time homebuyer credit. Attach Form 5405 if required | | | **10** | |
| **11** | Additional Medicare Tax. Attach Form 8959 | | | **11** | 270 |
| **12** | Net investment income tax. Attach Form 8960 | | | **12** | 606 |
| **13** | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | | **13** | |
| **14** | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | | **14** | |
| **15** | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | | **15** | |
| **16** | Recapture of low-income housing credit. Attach Form 8611 | | | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2023

**Edward F Sporl IV**                                    **6160**

| Part II | Other Taxes *(continued)* |
| --- | --- |

| 17 | Other additional taxes: | | | |
| --- | --- | --- | --- | --- |
| **a** | Recapture of other credits. List type, form number, and amount: | | | |
| | _____ | **17a** | | |
| **b** | Recapture of federal mortgage subsidy, if you sold your home | | | |
| | see instructions .............................................. | **17b** | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 | **17c** | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible | | | |
| | individual. Attach Form 8889 | **17d** | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 | **17e** | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach | | | |
| | Form 8853 | **17f** | | |
| **g** | Recapture of a charitable contribution deduction related to a | | | |
| | fractional interest in tangible personal property | **17g** | | |
| **h** | Income you received from a nonqualified deferred compensation | | | |
| | plan that fails to meet the requirements of section 409A | **17h** | | |
| **i** | Compensation you received from a nonqualified deferred | | | |
| | compensation plan described in section 457A | **17i** | | |
| **j** | Section 72(m)(5) excess benefits tax .............................. | **17j** | | |
| **k** | Golden parachute payments | **17k** | | |
| **l** | Tax on accumulation distribution of trusts | **17l** | | |
| **m** | Excise tax on insider stock compensation from an expatriated | | | |
| | corporation | **17m** | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form | | | |
| | 8697 or 8866 | **17n** | | |
| **o** | Tax on non-effectively connected income for any part of the | | | |
| | year you were a nonresident alien from Form 1040-NR .............. | **17o** | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions | | | |
| | from, and dispositions of, stock of a section 1291 fund .......... | **17p** | | |
| **q** | Any interest from Form 8621, line 24 .............................. | **17q** | | |
| **z** | Any other taxes. List type and amount: _____ | | | |
| | _____ | **17z** | | |
| **18** | Total additional taxes. Add lines 17a through 17z ................ | | **18** | |
| **19** | Reserved for future use | | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A | **20** | | |
| **21** | Add lines 4, 7 through 16, and 18. These are your **total other taxes.** Enter here and | | | |
| | on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b ...... | | **21** | **876** |

Schedule 2 (Form 1040) 2023

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Interest and Ordinary Dividends

**Attach to Form 1040 or 1040-SR.**
**Go to** *www.irs.gov/ScheduleB* **for instructions and the latest information.**

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **08**

Name(s) shown on return
**Edward F Sporl IV**

Your social security number
**6160**

## Part I

### Interest

(See instructions and the Instructions for Form 1040, line 2b.)

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address:

| | | Amount |
|---|---|---|
| **US Treasury** | | 358 |
| | **1** | |
| **2** Add the amounts on line 1 | **2** | 358 |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b | **4** | 358 |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II

### Ordinary Dividends

(See instructions and the Instructions for Form 1040, line 3b.)

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5** List name of payer:

| | | Amount |
|---|---|---|
| **FIDELITY** | | 15,591 |
| | **5** | |
| **6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b | **6** | 15,591 |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III

### Foreign Accounts and Trusts

Caution: If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** At any time during 2023, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | | X |
| If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | | |
| **b** If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) is (are) located: | | | |
| **8** During 2023, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | | X |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule B (Form 1040) 2023

DAA

Schedule E (Form 1040) 2023 | Attachment Sequence No. **13** | Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side. | **Your social security number**

**Edward F Sporl IV** | **–6160**

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| **Part II** | **Income or Loss From Partnerships and S Corporations** |
|---|---|

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ........................................... Yes  **X** No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | Unisource Tax Consulting, LLC | P | | 47-5010969 | | |
| B | DENNING & COMPANY INC | P | | 68-0424036 | | |
| C | | | | | | |
| D | | | | | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| A | | | 1,267 | | |
| B | | | 31,810 | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 33,077 | | |

| 30 | Add columns (h) and (k) of line 29a | 30 | 0 |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b | 31 | ( 33,077 ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 | 32 | −33,077 |

| **Part III** | **Income or Loss From Estates and Trusts** |
|---|---|

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36 | 37 | |

| **Part IV** | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder** |
|---|---|

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

| **Part V** | **Summary** |
|---|---|

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 | 41 | −33,077 |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions | 42 | |
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

DAA | Schedule E (Form 1040) 2023

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 66 of 90

Form **8995-A**

Department of the Treasury
Internal Revenue Service

# Qualified Business Income Deduction

**Attach to your tax return.**
**Go to** *www.irs.gov/Form8995A* **for instructions and the latest information.**

OMB No. 1545-2294

**2023**

Attachment
Sequence No. **55A**

Name(s) shown on return
**Edward F Sporl IV**

Your taxpayer identification number
**6160**

**Note:** *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is above $182,100 ($364,200 if married filing jointly), or you're a patron of an agricultural or horticultural cooperative.*

## Part I — Trade, Business, or Aggregation Information

*Complete Schedules A, B, and/or C (Form 8995-A), as applicable, before starting Part I. Attach additional worksheets when needed. See instructions.*

| 1 | (a) Trade, business, or aggregation name | (b) Check if specified service | (c) Check if aggregation | (d) Taxpayer identification number | (e) Check if patron |
|---|---|---|---|---|---|
| A | | ☐ | ☐ | | ☐ |
| B | | ☐ | ☐ | | ☐ |
| C | | ☐ | ☐ | | ☐ |

## Part II — Determine Your Adjusted Qualified Business Income

| | | | A | B | C |
|---|---|---|---|---|---|
| 2 | Qualified business income from the trade, business, or aggregation. See instructions | 2 | | | |
| 3 | Multiply line 2 by 20% (0.20). If your taxable income is $182,100 or less ($364,200 if married filing jointly), skip lines 4 through 12 and enter the amount from line 3 on line 13 | 3 | | | |
| 4 | Allocable share of W-2 wages from the trade, business, or aggregation | 4 | | | |
| 5 | Multiply line 4 by 50% (0.50) | 5 | | | |
| 6 | Multiply line 4 by 25% (0.25) | 6 | | | |
| 7 | Allocable share of the unadjusted basis immediately after acquisition (UBIA) of all qualified property | 7 | | | |
| 8 | Multiply line 7 by 2.5% (0.025) | 8 | | | |
| 9 | Add lines 6 and 8 | 9 | | | |
| 10 | Enter the greater of line 5 or line 9 | 10 | | | |
| 11 | W-2 wage and UBIA of qualified property limitation. Enter the smaller of line 3 or line 10 | 11 | | | |
| 12 | Phased-in reduction. Enter the amount from line 26, if any | 12 | | | |
| 13 | Qualified business income deduction before patron reduction. Enter the greater of line 11 or line 12 | 13 | | | |
| 14 | Patron reduction. Enter the amount from Schedule D (Form 8995-A), line 6, if any. See instructions | 14 | | | |
| 15 | Qualified business income component. Subtract line 14 from line 13 | 15 | | | |
| 16 | Total qualified business income component. Add all amounts reported on line 15 | 16 | | | |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **8995-A** (2023)

DAA

**Edward F Sporl IV**

6160

| Part III | Phased-in Reduction |
|---|---|

*Complete Part III only if your taxable income is more than $182,100 but not $232,100 ($364,200 and $464,200 if married filing jointly) and line 10 is less than line 3. Otherwise, skip Part III.*

|  |  |  | A | B | C |
|---|---|---|---|---|---|
| 17 | Enter the amounts from line 3 | 17 |  |  |  |
| 18 | Enter the amounts from line 10 | 18 |  |  |  |
| 19 | Subtract line 18 from line 17 | 19 |  |  |  |
| 20 | Taxable income before qualified business income deduction | 20 |  |  |  |
| 21 | Threshold. Enter $182,100 ($364,200 if married filing jointly) | 21 |  |  |  |
| 22 | Subtract line 21 from line 20 | 22 |  |  |  |
| 23 | Phase-in range. Enter $50,000 ($100,000 if married filing jointly) | 23 |  |  |  |
| 24 | Phase-in percentage. Divide line 22 by line 23 | 24 | % |  |  |
| 25 | Total phase-in reduction. Multiply line 19 by line 24 | 25 |  |  |  |
| 26 | Qualified business income after phase-in reduction. Subtract line 25 from line 17. Enter this amount here and on line 12, for the corresponding trade or business | 26 |  |  |  |

| Part IV | Determine Your Qualified Business Income Deduction | | | | |
|---|---|---|---|---|---|
| 27 | Total qualified business income component from all qualified trades, businesses, or aggregations. Enter the amount from line 16 | 27 |  | | |
| 28 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss). See instructions | 28 | 32 | | |
| 29 | Qualified REIT dividends and PTP (loss) carryforward from prior years | 29 | ( ) | | |
| 30 | Total qualified REIT dividends and PTP income. Combine lines 28 and 29. If less than zero, enter -0- | 30 | 32 | | |
| 31 | REIT and PTP component. Multiply line 30 by 20% (0.20) | 31 | 6 | | |
| 32 | Qualified business income deduction before the income limitation. Add lines 27 and 31 | 32 | | | 6 |
| 33 | Taxable income before qualified business income deduction | 33 | 244,022 | | |
| 34 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | 34 | 1,349 | | |
| 35 | Subtract line 34 from line 33. If zero or less, enter -0- | 35 | | | 242,673 |
| 36 | Income limitation. Multiply line 35 by 20% (0.20) | 36 | | | 48,535 |
| 37 | Qualified business income deduction before the domestic production activities deduction (DPAD) under section 199A(g). Enter the smaller of line 32 or line 36 | 37 | | | 6 |
| 38 | DPAD under section 199A(g) allocated from an agricultural or horticultural cooperative. Don't enter more than line 33 minus line 37 | 38 | | | |
| 39 | Total qualified business income deduction. Add lines 37 and 38 | 39 | | | 6 |
| 40 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 28 and 29. If zero or greater, enter -0- | 40 | | | ( 0 ) |

**SCHEDULE C**
**(Form 8995-A)**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Loss Netting and Carryforward

**Attach to Form 8995-A.**
**Go to** *www.irs.gov/Form8995A* **for instructions and the latest information.**

OMB No. 1545-2294

Attachment
Sequence No. **55D**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| Edward F Sporl IV | 6160 |

*If you have more than three trades, businesses, or aggregations, complete and attach as many Schedules C as needed. See instructions.*

| 1  Trade, business, or aggregation name | (a) Qualified business income/(loss) | (b) Reduction for loss netting (see instructions) | (c) Adjusted qualified business income (Combine (a) and (b). If zero or less, enter -0-.) |
|---|---|---|---|
| | | | |
| | | ( ) | ( ) |
| | | ( ) | ( ) |

| | | | |
|---|---|---|---|
| **2** Qualified business net (loss) carryforward from prior years. See instructions | | **2** | ( **202,623** ) |
| **3** Total of the trades, businesses, or aggregations losses. Combine the negative amounts on lines 1, column (a), and 2 for all trades, businesses, or aggregations | | **3** | ( **202,623** ) |
| **4** Total of the trades, businesses, or aggregations income. Add the positive amounts on line 1, column (a), for all trades, businesses, or aggregations | | **4** | |
| **5** Losses netted with income of other trades, businesses, or aggregations. Enter in the parentheses on line 5 the smaller of the absolute value of line 3 or line 4. Allocate this amount to each of the trades, businesses, or aggregations on line 1, column (b). | | **5** | ( ) |
| **6** Qualified business net (loss) carryforward. Subtract line 5 from line 3. If zero or more, enter -0- | | **6** | ( **202,623** ) |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Schedule C (Form 8995-A) (Rev. 12-2022)

DAA

| Form **8959** | **Additional Medicare Tax** | OMB No. 1545-0074 |
|---|---|---|
| | If any line does not apply to you, leave it blank. See separate instructions. | **2023** |
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-NR, or 1040-SS.<br>Go to *www.irs.gov/Form8959* for instructions and the latest information. | Attachment<br>Sequence No. **71** |

| Name(s) shown on return | Your social security number |
|---|---|
| Edward F Sporl IV | 6160 |

### Part I — Additional Medicare Tax on Medicare Wages

| | | | |
|---|---|---:|---:|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 | **1** 230,000 | |
| 2 | Unreported tips from Form 4137, line 6 | **2** | |
| 3 | Wages from Form 8919, line 6 | **3** | |
| 4 | Add lines 1 through 3 | **4** 230,000 | |
| 5 | Enter the following amount for your filing status:<br>Married filing jointly .............. $250,000<br>Married filing separately .............. $125,000<br>Single, Head of household, or Qualifying surviving spouse .............. $200,000 | **5** 200,000 | |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- | | **6** 30,000 |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II | | **7** 270 |

### Part II — Additional Medicare Tax on Self-Employment Income

| | | | |
|---|---|---:|---:|
| 8 | Self-employment income from Schedule SE (Form 1040), Part I, line 6. If you had a loss, enter -0- | **8** | |
| 9 | Enter the following amount for your filing status:<br>Married filing jointly .............. $250,000<br>Married filing separately .............. $125,000<br>Single, Head of household, or Qualifying surviving spouse .............. $200,000 | **9** 200,000 | |
| 10 | Enter the amount from line 4 | **10** 230,000 | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | **11** 0 | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | | **12** 0 |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III | | **13** |

### Part III — Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation

| | | | |
|---|---|---:|---:|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) | **14** | |
| 15 | Enter the following amount for your filing status:<br>Married filing jointly .............. $250,000<br>Married filing separately .............. $125,000<br>Single, Head of household, or Qualifying surviving spouse .............. $200,000 | **15** 200,000 | |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- | | **16** 0 |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV | **17** | |

### Part IV — Total Additional Medicare Tax

| | | | |
|---|---|---:|---:|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040), line 11 (Form 1040-SS filers, see instructions), and go to Part V | **18** | 270 |

### Part V — Withholding Reconciliation

| | | | |
|---|---|---:|---:|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 | **19** 3,605 | |
| 20 | Enter the amount from line 1 | **20** 230,000 | |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages | **21** 3,335 | |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages | | **22** 270 |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) | **23** | |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040, 1040-SR, or 1040-NR, line 25c (Form 1040-SS filers, see instructions) | **24** | 270 |

For Paperwork Reduction Act Notice, see your tax return instructions.　　　　　　　　　　Form **8959** (2023)

Form **8960**

Department of the Treasury
Internal Revenue Service

**Net Investment Income Tax—
Individuals, Estates, and Trusts**

Attach to your tax return.

Go to *www.irs.gov/Form8960* for instructions and the latest information.

OMB No. 1545-2227

**2023**

Attachment
Sequence No. **72**

Name(s) shown on your tax return: **Edward F Sporl IV**

Your social security number or EIN: **6160**

## Part I — Investment Income

- [ ] Section 6013(g) election (see instructions)
- [ ] Section 6013(h) election (see instructions)
- [ ] Regulations section 1.1411-10(g) election (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Taxable interest (see instructions) | | **1** | 358 |
| 2 | Ordinary dividends (see instructions) | | **2** | 15,591 |
| 3 | Annuities (see instructions) | | **3** | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, trades or businesses, etc. (see instructions) | **4a** −33,077 | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | **4b** 33,077 | | |
| c | Combine lines 4a and 4b | | **4c** | |
| 5a | Net gain or loss from disposition of property (see instructions) | **5a** | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | **5b** | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | **5c** | | |
| d | Combine lines 5a through 5c | | **5d** | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | **6** | |
| 7 | Other modifications to investment income (see instructions) | | **7** | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | **8** | 15,949 |

## Part II — Investment Expenses Allocable to Investment Income and Modifications

| | | | | |
|---|---|---|---|---|
| 9a | Investment interest expenses (see instructions) | **9a** | | |
| b | State, local, and foreign income tax (see instructions) | **9b** | | |
| c | Miscellaneous investment expenses (see instructions) | **9c** | | |
| d | Add lines 9a, 9b, and 9c | | **9d** | |
| 10 | Additional modifications (see instructions) | | **10** | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | | **11** | |

## Part III — Tax Computation

| | | | | |
|---|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11, from Part I, line 8. Individuals, complete lines 13–17. Estates and trusts, complete lines 18a–21. If zero or less, enter -0- | | **12** | 15,949 |
| | **Individuals:** | | | |
| 13 | Modified adjusted gross income (see instructions) | **13** 257,872 | | |
| 14 | Threshold based on filing status (see instructions) | **14** 200,000 | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | **15** 57,872 | | |
| 16 | Enter the smaller of line 12 or line 15 | | **16** | 15,949 |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | **17** | 606 |
| | **Estates and Trusts:** | | | |
| 18a | Net investment income (line 12 above) | **18a** | | |
| b | Deductions for distributions of net investment income and charitable deductions (see instructions) | **18b** | | |
| c | Undistributed net investment income. Subtract line 18b from line 18a (see instructions). If zero or less, enter -0- | **18c** | | |
| 19a | Adjusted gross income (see instructions) | **19a** | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | **19b** | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | **19c** | | |
| 20 | Enter the smaller of line 18c or line 19c | | **20** | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | **21** | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8960** (2023)

DAA

| Form **1040** | **Tax Return Reconciliation Worksheet** | **2023** |
|---|---|---|

**Filing Status:** [X] **1** Single  [ ] **2** Married filing jointly  [ ] **3** Married filing separately  [ ] **4** Head of household*  [ ] **5** Qualifying widow(er)*

MFS spouse name:

*Qualifying person that is a child but not a dependent:

| Taxpayer first name and initial | Last name | Taxpayer social security number |
|---|---|---|
| **Edward F** | **Sporl IV** | **6160** |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign |
|---|---|---|
| **999 5th Ave** | **250** | Taxpayer / Spouse |

City, town or post office, state, and ZIP code.
**SAN Rafael        CA 94901**

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

At anytime during 2023, did you receive, sell, send, exchange, or otherwise acquire financial interest in any digital assets?    Yes    [X] No

| 6a | [X] | **Taxpayer.** If someone can claim you as a dependent, **do not** check box 6a | Boxes checked on 6a and 6b ............... | 1 |
|---|---|---|---|---|
| b | [ ] | Spouse | Children on 6c who lived with you ............ | |
| | | | Children on 6c who did not live with you ..... | |
| | | | Dependents on 6c not entered above ......... | |
| | | | Total. Add lines above | 1 |

**6c Dependents:**

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for Child tax credit | Other dependents | If more than four dependents, ✓ here [ ] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Income** (Schedule 1) | 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 275,000 |
| | 8a | **Taxable** interest. Attach Schedule B if required | | 8a | 358 |
| | b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | | |
| | 9a | Ordinary dividends. Attach Schedule B if required | | 9a | 15,591 |
| | b | Qualified dividends | 9b | 1,349 | |
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 | |
| | 11 | Alimony received | | 11 | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | 13 | |
| | 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| | 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| | 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | −33,077 |
| | 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| | 19 | Unemployment compensation | | 19 | |
| | 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| | 21 | Other income. List type and amount | | 21 | |
| | 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | 257,872 |
| **Adjusted Gross Income** (Schedule 1) | 23 | Educator expenses | 23 | | |
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| | 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| | 26 | Moving expenses. Attach Form 3903 | 26 | | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| | 29 | Self-employed health insurance deduction | 29 | | |
| | 30 | Penalty on early withdrawal of savings | 30 | | |
| | 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | |
| | 32 | IRA deduction | 32 | | |
| | 33 | Student loan interest deduction | 33 | | |
| | 34 | Reserved for future use | 34 | | |
| | 35 | Reserved for future use | 35 | | |
| | 36 | Add lines 23 through 35 | | 36 | |
| | 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | 37 | 257,872 |

| Form **1040** | | **Tax Return Reconciliation Worksheet, Page 2** | | **2023** |
|---|---|---|---|---|

| Name **Edward F Sporl IV** | | | Tp TIN | **6160** |
|---|---|---|---|---|

| | 38 | Amount from line 37 (adjusted gross income) | | 38 | **257,872** |
|---|---|---|---|---|---|
| **Tax and Credits** (Schedules 2, 3) | 39a | Check if: { **You** were born before January 2,1959, ☐ Blind. **Spouse** was born before January 2,1959, ☐ Blind. } **Total boxes checked ▶** | 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | |
| **Standard Deduction for—** | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | 40 | **13,850** |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | a | | | 40b | |
| | 41 | Subtract line 40 and 40b from line 38 | | 41 | **244,022** |
| | 42 | Qualified business income deduction (see instructions) | | 42 | **6** |
| • All others: Single or Married filing separately, $13,850 | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | **244,016** |
| | 44 | Tax (see instr.) Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | | 44 | **57,030** |
| Married filing jointly or Qualifying widow(er), $27,700 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| Head of household, $20,800 | 47 | Add lines 44, 45, and 46 ▶ | | 47 | **57,030** |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit/credit for other dependents | 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | | 56 | **57,030** |
| **Other Taxes** (Schedule 2) | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| ☐ | 61 | Taxes from: a ☒ Form 8959  b ☒ Form 8960  c ☐ Instructions: enter code(s)   See Statement | | 61 | **876** |
| | 62 | Section 965 net tax liability installment from Form 965-A | 62 | | |
| | 63 | Add lines 56 through 61. This is your total tax ▶ | | 63 | **57,906** |
| | 64 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 64a | **57,796** | |
| | b | Form(s) 1099 | 64b | | |
| | c | Other forms | 64c | **270** | |
| | 65 | 2023 estimated tax payments and amount applied from 2022 return | 65 | | |
| **Payments** (Schedule 3) | 66 | **Earned income credit (EIC)** | 66 | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Recovery rebate credit | 69 | | |
| | 70 | Net premium tax credit. Attach Form 8962 | 70 | | |
| | 71 | Amount paid with request for extension to file | 71 | | |
| | 72 | Excess social security and tier 1 RRTA tax withheld | 72 | | |
| | 73 | Credit for federal tax on fuels. Attach Form 4136 | 73 | | |
| | 74 | Other payments and refundable credits | 74 | | |
| | 75 | **Total pymts.** Add lines 64 - 74. | | 75 | **58,066** |
| **Refund** | 76 | If line 75 is more than line 63, subtract line 63 from line 75. This is the amount you **overpaid** | | 76 | **160** |
| | 77a | Amount of line 76 you want **refunded to you. If** Form 8888 is attached, check here ▶ ☐ | | 77a | **160** |
| | ▶ b | Routing number  **322271627**  ▶ c Type: ☒ Checking  ☐ Savings | | | |
| | ▶ d | Account number  **775679009** | | | |
| | 78 | Amount of line 76 you want **applied to your** 2024 estimated tax ▶ | 78 | | |
| **Amount You Owe** | 79 | **Amount you owe.** Subtract line 75 from line 63. For details on how to pay, see instructions ▶ | | 79 | |
| | 80 | Estimated tax penalty (see instructions) | 80 | | |

| **Int/Pen** | Date filed | Int | Fail to file | Fail to pay | Total |
|---|---|---|---|---|---|

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☐ **No.** | Personal identification no. (PIN) ▶ |
|---|---|---|
| | Designee's Name ▶ | Phone no. ▶ |

| **Other Info** | Taxpayer Daytime phone number | Taxpayer: Occupation **Tax Associate** | IRS Identity Protection PIN |
|---|---|---|---|
| | | Spouse: Occupation | IRS Identity Protection PIN |
| | ☐ **Taxpayer**  ☐ **Spouse** | Email address | |

| Form **1040** | **Qualified Dividends and Capital Gain Tax Worksheet** | **2023** |

| Name | Taxpayer Identification Number |
| Edward F Sporl IV | 6160 |

1. Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 15.  However, if you are filing Form 2555 (relating to foreign earned income), enter the amount from line 3 of the Foreign Earned Income Tax Worksheet .................... **1.** **244,016**
2. Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 3a* **2.** **1,349**
3. Are you filing Schedule D?*
   ☐ **Yes.** Enter the **smaller** of line 15 or 16 of Schedule D. If either line 15 or 16 is a loss, enter -0-
   ☒ **No.** Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 7 ► **3.**
4. Add lines 2 and 3 **4.** **1,349**
5. Subtract line 4 from line 1. If zero or less, enter -0- .................... **5.** **242,667**
6. Enter:
   $44,625 if single or married filing separately,
   $89,250 if married filing jointly or qualifying surviving spouse,
   $59,750 if head of household. ► **6.** **44,625**
7. Enter the smaller of line 1 or line 6 .................... **7.** **44,625**
8. Enter the smaller of line 5 or line 7 .................... **8.** **44,625**
9. Subtract line 8 from line 7.  This amount is taxed at 0% .................... **9.** **0**
10. Enter the smaller of line 1 or line 4 .................... **10.** **1,349**
11. Enter the amount from line 9 .................... **11.** **0**
12. Subtract line 11 from line 10 .................... **12.** **1,349**
13. Enter:
    $492,300 if single,
    $276,900 if married filing separately, ►
    $553,850 if married filing jointly or qualifying surviving spouse,
    $523,050 if head of household. **13.** **492,300**
14. Enter the smaller of line 1 or line 13 .................... **14.** **244,016**
15. Add lines 5 and 9 .................... **15.** **242,667**
16. Subtract line 15 from line 14. If zero or less, enter -0- .................... **16.** **1,349**
17. Enter the smaller of line 12 or line 16 .................... **17.** **1,349**
18. Multiply line 17 by 15% (0.15) .................... **18.** **202**
19. Add lines 9 and 17 .................... **19.** **1,349**
20. Subtract line 19 from line 10 .................... **20.** **0**
21. Multiply line 20 by 20% (0.20) .................... **21.** **0**
22. Figure the tax on the amount on line 5. If the amount on line 5 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 5 is $100,000 or more, use the Tax Computation Worksheet .................... **22.** **56,828**
23. Add lines 18, 21, and 22 .................... **23.** **57,030**
24. Figure the tax on the amount on line 1.  If the amount on line 1 is less than $100,000, use the Tax Table to figure the tax.  If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet .................... **24.** **57,300**
25. **Tax on all taxable income.** Enter the **smaller** of line 23 or line 24. Also include this amount on the entry space on Form 1040, 1040-SR, or 1040-NR, line 16.  If you are filing Form 2555, do not enter this amount on the entry space on 1040, 1040-SR, or 1040-NR, line 16.  Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet .................... **25.** **57,030**

*If you are filing Form 2555, these lines may be reduced (but not below zero) by your capital gain excess.  Please refer to Foreign Earned Income Tax Worksheets - Excess Capital Gain for detail if the lines have been reduced.

| Form **1040** | K-1 Reconciliation Worksheet - Sch E, B, D, Form 4797 | **2023** |

| Name | Edward F Sporl IV | | | | Taxpayer Identification Number | **6160** |
|---|---|---|---|---|---|---|
| Entity Name | Unisource Tax Consulting, LLC | EIN 47-5010969 | Entity Type **Partnership** | | Screen **K1** | K1 Unit **1** |
| Activity | | Passive Activity Type **Not Passive** | | | Entire disposition of activity | |

| | Current Year Amount | PY Suspended Basis Loss | Disallowed Basis Limitation | PY Suspended At-risk Loss | Disallowed At-risk Limitation | PY Suspended Passive Loss | Disallowed Loss Limitation | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **Schedule E page 2** | | | | | | | | |
| Ordinary business income/loss | -1,267 | | | | | | | -1,267 |
| Net rental real estate income/-loss | | | | | | | | |
| Other net rental income/-loss | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 expense | | | | | | | | |
| Disallowed Section 179 expense | | | | | | | | |
| Depletion | | | | | | | | |
| Section 59(e)(2) expenditures | | | | | | | | |
| Preproductive period expense | | | | | | | | |
| Reforestation expense deduct | | | | | | | | |
| Other deductions | | | | | | | | |
| Unreimbursed expenses | | | | | | | | |
| Other inc/loss - Schedule E | | | | | | | | |
| Debt financed acquisition | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Total Schedule E page 2 | -1,267 | | | | | | | -1,267 |
| **Schedule E page 1** | | | | | | | | |
| Royalties | | | | | | | | |
| Deductions-royalty income | | | | | | | | |
| Depletion | | | | | | | | |
| Total Schedule E page 1 | | | | | | | | |
| **Schedule B** | | | | | | | | |
| Interest Income | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| Dividend Income | | | | | | | | |
| Qualified dividends (1040, Page 2) | | | | | | | | |
| **Schedule D/8949/6781** | | | | | | | | |
| Short-term capital gain/-loss | | | | | | | | |
| Long-term capital gain/-loss | | | | | | | | |
| 28% capital gain/-loss | | | | | | | | |
| 1256 contracts and straddles | | | | | | | | |
| **Form 4797** | | | | | | | | |
| 4797 Part I | | | | | | | | |
| 4797 Part II | | | | | | | | |
| Section 179/280F recapture | | | | | | | | |

Case: 25-10287   Doc# 1   Filed: 05/12/25   Entered: 05/12/25 15:39:19   Page 75 of 90

| Form **1040** | | K-1 Reconciliation Worksheet - Form 4684, Sch SE, Misc, Credits | | | | | | **2023** |
|---|---|---|---|---|---|---|---|---|

**Name** Edward F Sporl IV  | Taxpayer Identification Number | **6160**

**Entity Name** Unisource Tax Consulting, LLC     **EIN** 47-5010969     **Entity Type** Partnership     **Screen** K1     **K1 Unit** 1

**Activity**      **Passive Activity Type** Not Passive      **Entire disposition of activity**

| | Current Year Amount | PY Suspended Basis Loss | Disallowed Basis Limitation | PY Suspended At-risk Loss | Disallowed At-risk Limitation | PY Suspended Passive Loss | Disallowed Loss Limitation | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **Form 4684** | | | | | | | | |
| Form 4684 lt loss trade/business | | | | | | | | |
| Form 4684 lt loss income producing | | | | | | | | |
| Form 4684 long-term gain | | | | | | | | |
| Form 4684 st loss income producing | | | | | | | | |
| **Schedule SE** | | | | | | | | |
| Net earnings from self-employ | -1,267 | | | | | | | -1,267 |
| Gross farming or fishing inc | | | | | | | | |
| Gross nonfarm income | | | | | | | | |
| **Miscellaneous / Basis Worksheet** | | | | | | | | |
| Self-employed medical insurance | | | | | | | | |
| Shareholder med ins not on Form W2 | | | | | | | | |
| Other tax-exempt income | | | | | | | | |
| Nondeductible expenses | | | | | | | | |
| Cash & market security distrib | | | | | | | | |
| Property distributions | | | | | | | | |
| Repayment of shareholder loans | | | | | | | | |
| Dependent care benefits (Form 2441) | | | | | | | | |
| **Credits** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Form **1040** | | K-1 Reconciliation Worksheet - Sch E, B, D, Form 4797 | | | | | **2023** |

| Name | Edward F Sporl IV | | | | Taxpayer Identification Number | 6160 |

| Entity Name DENNING & COMPANY INC | | EIN 68-0424036 | Entity Type **Partnership** | | Screen K1 | K1 Unit **2** |

| Activity | | | Passive Activity Type **Not Passive** | | | Entire disposition of activity |

| | Current Year Amount | PY Suspended Basis Loss | Disallowed Basis Limitation | PY Suspended At-risk Loss | Disallowed At-risk Limitation | PY Suspended Passive Loss | Disallowed Loss Limitation | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **Schedule E page 2** | | | | | | | | |
| Ordinary business income/loss | -31,810 | | | | | | | -31,810 |
| Net rental real estate income/-loss | | | | | | | | |
| Other net rental income/-loss | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 expense | | | | | | | | |
| Disallowed Section 179 expense | | | | | | | | |
| Depletion | | | | | | | | |
| Section 59(e)(2) expenditures | | | | | | | | |
| Preproductive period expense | | | | | | | | |
| Reforestation expense deduct | | | | | | | | |
| Other deductions | | | | | | | | |
| Unreimbursed expenses | | | | | | | | |
| Other inc/loss - Schedule E | | | | | | | | |
| Debt financed acquisition | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| | | | | | | | | |
| Total Schedule E page 2 | -31,810 | | | | | | | -31,810 |
| **Schedule E page 1** | | | | | | | | |
| Royalties | | | | | | | | |
| Deductions-royalty income | | | | | | | | |
| Depletion | | | | | | | | |
| Total Schedule E page 1 | | | | | | | | |
| **Schedule B** | | | | | | | | |
| Interest Income | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| Dividend Income | | | | | | | | |
| Qualified dividends (1040, Page 2) | | | | | | | | |
| **Schedule D/8949/6781** | | | | | | | | |
| Short-term capital gain/-loss | | | | | | | | |
| Long-term capital gain/-loss | | | | | | | | |
| 28% capital gain/-loss | | | | | | | | |
| 1256 contracts and straddles | | | | | | | | |
| **Form 4797** | | | | | | | | |
| 4797 Part I | | | | | | | | |
| 4797 Part II | | | | | | | | |
| Section 179/280F recapture | | | | | | | | |

| Form **1040** | **Form 8960 - Net Investment Income Worksheet 1** | **2023** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| Edward F Sporl IV | 6160 |

Form 8960, Line 4b, Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business

| Activity | Profit or loss on Sch C / Net Rental Income(Loss) on Sch E | Net Royalty Income(Loss) on Sch E | Net K-1 Nonpassive Income(Loss) on Sch E | Net K-1 Passive Income(Loss) on Sch E | Non-section 1411 Adjustment |
|---|---|---|---|---|---|
| Unisource Tax Consulting, LLC | | | -1,267 | | 1,267 |
| DENNING & COMPANY INC | | | -31,810 | | 31,810 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Totals** | | | -33,077 | | |

| Additional adjustment | ▶ | |
|---|---|---|
| **Total adjustment.** Enter on Form 8960, line 4b | ▶ | 33,077 |

Form 8960, Line 5b, Net gain or loss from disposition of property not subject to net investment income tax

| Description | Schedule D Short Term Gain(Loss) | Schedule D Long Term Gain(Loss) | Form 4797 Short Term Gain(Loss) | Form 4797 Long Term Gains (Losses) | Non-section 1411 Adjustment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Totals** | | | | | |
| **Adjustment for capital loss carryforward from 2022** | | | | | |
| **Total capital gain/(loss)** | | | **Total ordinary gain/(loss)** | | |

| Additional adjustment | ▶ | |
|---|---|---|
| **Total net gain or loss from disposition of property not subject to net investment income tax** | ▶ | |
| **Adjustment for capital loss carryover to 2024.** Lesser of line 3 or 4 from worksheet below, entered as a negative number | ▶ | 0 |
| **Total adjustment.** Enter on Form 8960, line 5b | ▶ | |

**Adjustment for capital loss carryover to 2024**

**Complete this worksheet if there is a capital loss carryover to next year**

1. Enter the Total capital gain/(loss) excluded. If a gain, enter as a negative. If a loss, enter as a positive. ............... 1._____

2. Enter the Total adjustment from disposition of partnership interest or S corporation stock
   from Net Investment Income Worksheet 3 ................................................................ 2._____

3. Combine lines 1 and 2. If zero or less, enter -0- ................................................... 3._____

4. Enter the amount of capital loss carried over to the following year, as a positive number ......... 4._____

# Federal  Statements

## Form 1040, Dividend Income

| Payer | Ordinary Dividends | Qualified Dividends | Section 199A Dividends |
|---|---|---|---|
| FIDELITY | $ 15,591 | $ 1,349 | $ 32 |
| Total | $ 15,591 | $ 1,349 | $ 32 |

# Federal  Statements

## Form 1040 Reconciliation Worksheet, Line 61 - Other Taxes

| Description | Amount |
|---|---|
| Form 8959 | $        270 |
| Form 8960 |          606 |
| Total | $        876 |

**Federal  Statements**

**DENNING & COMPANY INC**

### Form W-2, Box 14 - Other

| Description | Amount |
|---|---|
| State Disability Insurance withholding (SDI) | $       1,378 |
| Total | $       1,378 |

| Form **1040** | **Carryover Report** | **2023** |
|---|---|---|

Name
**Edward F Sporl IV**

Taxpayer Identification Number
**-6160**

| Carryover Item | Available to 2023 | 2023 Amounts | Carryover to 2024 |
|---|---|---|---|
| Minimum tax credit | | | |
| Investment interest | | | |
| Investment interest - AMT | | | |
| Short-term capital loss | | | |
| Short-term capital loss - AMT | | | |
| Long-term capital loss | | | |
| Long-term capital loss - AMT | | | |
| Residential energy efficient property | | | |
| D.C. first-time homebuyer credit | | | |
| Tax credit bonds | | | |
| Qualified business income loss | 202,623 | | 202,623 |
| Qualified REIT income and PTP loss | | | |
| Excess business loss portion of NOL | | | |

| Nonrecaptured Section 1231 Losses - Line 8, Form 4797 | | AMT Nonrecaptured Section 1231 Losses - Line 8, Form 4797 | |
|---|---|---|---|
| 2018 Amounts | | 2018 Amounts | |
| 2019 Amounts | | 2019 Amounts | |
| 2020 Amounts | | 2020 Amounts | |
| 2021 Amounts | | 2021 Amounts | |
| 2022 Amounts | | 2022 Amounts | |
| Available to 2023 | | Available to 2023 | |
| 2023 Amounts | | 2023 Amounts | |
| Carryover to 2024 | | Carryover to 2024 | |

| Form **1040** | **K1 Detail Summary Report, Page 4** | **2023** |
|---|---|---|

| Name | Taxpayer identification number |
|---|---|
| Edward F Sporl IV | –6160 |

| | | | | Activity |
|---|---|---|---|---|
| | **Passthrough Entity Name** | **EIN** | **Entity Type** | **Passive Activity Type** | **Disposed** |

| | Passthrough Entity Name | EIN | Entity Type | Passive Activity Type |
|---|---|---|---|---|
| A | Unisource Tax Consulting, LLC | 47-5010969 | Partnership | Not Passive |
| B | DENNING & COMPANY INC | 68-0424036 | Partnership | Not Passive |
| C | | | | |
| D | | | | |

| Form / Schedule / Worksheet | A | B | C | D | |
|---|---|---|---|---|---|
| **Schedule SE:** | | | | | |
| Taxpayer/Spouse/Joint | T | T | | | **Totals:** |
| Net earnings from self-employment | -1,267 | | | | -1,267 | Schedule SE, Line 2 |
| Gross Farming or Fishing income | | | | | | Schedule E, line 42 |
| Gross nonfarm income | | | | | | Schedule SE, Part II |
| **Farm partnerships:** | | | | | |
| Net earnings from self-employment | | | | | | Net Earning SE Wrk |
| Auto expense | | | | | | Net Earning SE Wrk |
| Amortization | | | | | | Net Earning SE Wrk |
| Depreciation & Section 179 | | | | | | Net Earning SE Wrk |
| Depletion | | | | | | Net Earning SE Wrk |
| Other expenses | | | | | | Net Earning SE Wrk |
| Home office expense | | | | | | Net Earning SE Wrk |
| Unreimbursed partnership expenses | | | | | | Net Earning SE Wrk |
| Debt financed acquisition interest | | | | | | Net Earning SE Wrk |
| Conservation Reserve Program pymts | | | | | | Net Earning SE Wrk |
| **Nonfarm partnerships:** | | | | | |
| Net earnings from self-employment | -1,267 | | | | -1,267 | Net Earning SE Wrk |
| Auto expense | | | | | | Net Earning SE Wrk |
| Amortization | | | | | | Net Earning SE Wrk |
| Depreciation & Section 179 | | | | | | Net Earning SE Wrk |
| Depletion | | | | | | Net Earning SE Wrk |
| Other expenses | | | | | | Net Earning SE Wrk |
| Home office expense | | | | | | Net Earning SE Wrk |
| Unreimbursed partnership expenses | | | | | | Net Earning SE Wrk |
| Debt financed acquisition interest | | | | | | Net Earning SE Wrk |
| **Unreimbursed partner expenses:** | | | | | |
| Entered on Screen K1-6 | | | | | | |
| Auto expense | | | | | | |
| Depr, Amortization & Sect 179 exp | | | | | | |
| Home office expense | | | | | | |
| Supplemental business expense | | | | | | |
| Total unreimbursed partner expenses | | | | | | Schedule E, line 28(h) |

| Form **1040** | **Salaries & Wages Report** | **2023** |
|---|---|---|

Name: Edward F Sporl IV

Taxpayer Identification Number: -6160

| T/S | Employer | Federal Wages | Federal Withheld | Soc Sec Wages |
|---|---|---|---|---|
| A | UNISOURCE TAX CONSULTING LLC | 45,000 | 9,922 | 0 |
| B | DENNING & COMPANY INC | 230,000 | 47,874 | 160,200 |
| C | | | | |
| D | | | | |
| E | | | | |
| F | | | | |
| G | | | | |
| H | | | | |
| I | | | | |
| J | | | | |
| K | | | | |
| L | | | | |
| M | | | | |
| Taxpayer | | | | |
| Spouse | | | | |
| Totals | | 275,000 | 57,796 | 160,200 |

| | Soc Sec Withheld | Medicare Wages | Medicare Withheld | Soc Sec Tips | Allocated Tips | Dep Care Ben | Other, Box 14 |
|---|---|---|---|---|---|---|---|
| A | | 0 | | | | | |
| B | 9,932 | 230,000 | 3,605 | | | | 1,378 |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| Taxpayer | | | | | | | |
| Spouse | | | | | | | |
| Totals | 9,932 | 230,000 | 3,605 | | | | 1,378 |

| | State | State Wages | State Withheld | Name of Locality | Local Wages | Local Withheld |
|---|---|---|---|---|---|---|
| A | CA | 45,000 | 3,543 | | 45,000 | |
| B | CA | 230,000 | 17,270 | | 230,000 | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |
| Taxpayer | | | | | | |
| Spouse | | | | | | |
| Totals | | 275,000 | 20,813 | | 275,000 | |

| Form **1040** | | **Withholding (WH) Summary Report** | | | **2023** |

Name
Edward F Sporl IV

Taxpayer Identification Number
-6160

| T/S | Description | Form | Federal WH | State WH | Local WH |
|-----|-------------|------|-----------|---------|---------|
| T | UNISOURCE TAX CONSULTING LLC | W-2 | 9,922 | 3,543 | |
| T | DENNING & COMPANY INC | W-2 | 47,874 | 17,270 | |
| T | Form 8959 Ln 24 Add'l Medicare Tax | Oth | 270 | | |
| | | | | | |

| | | | Federal WH | State WH | Local WH |
|---|---|---|-----------|---------|---------|
| | Taxpayer | | 58,066 | 20,813 | |
| | Spouse | | | | |
| | Total | | 58,066 | 20,813 | |

| | Federal Withholding Amounts by Forms | | | State Withholding Amounts by Forms | | |
|---|---|---|---|---|---|---|
| | Taxpayer | Spouse | Federal Total | Taxpayer | Spouse | State Total |
| Form(s) W2 | 57,796 | | 57,796 | 20,813 | | 20,813 |
| Form(s) 1099 | | | | | | |
| Other forms | 270 | | 270 | | | |
| Form(s) 8805* | | | | | | |
| Form(s) 8288-A* | | | | | | |
| Form(s) 1042-S* | | | | | | |
| Total | 58,066 | | 58,066 | 20,813 | | 20,813 |

*1040/SR included with other forms

| Form **1040** | **Two Year Comparison Report - Page 1** | **2022 & 2023** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| **Edward F Sporl IV** | **6160** |

|  |  |  | **2022** | **2023** | **Differences** |
|---|---|---|---|---|---|
| **Filing Status** |  |  | SGL | SGL |  |
| **Dependents** |  |  | 0 | 0 |  |
| | 1. Salaries and wages | 1. | 232,122 | 275,000 | 42,878 |
| | 2. Interest income | 2. | | 358 | 358 |
| | 3. Tax exempt interest income | 3. | | | |
| | 4. Dividend income | 4. | | 15,591 | 15,591 |
| | 5. Qualified dividend income | 5. | | 1,349 | 1,349 |
| | 6. Taxable state/local refunds | 6. | | | |
| | 7. Alimony received | 7. | | | |
| **I** | 8. Business income/loss | 8. | | | |
| **n** | 9. Capital gain/loss | 9. | | | |
| **c** | 10. Other gains/losses | 10. | | | |
| **o** | 11. Taxable IRA distributions | 11. | | | |
| **m** | 12. Taxable pensions | 12. | | | |
| **e** | 13. Rent and royalty income including farm rental | 13. | | | |
| | 14. Partnership/S corp income | 14. | −14,054 | −33,077 | −19,023 |
| | 15. Estate or trust income | 15. | | | |
| | 16. Farm income/loss | 16. | | | |
| | 17. Unemployment compensation | 17. | | | |
| | 18. Taxable social security | 18. | | | |
| | 19. Other income | 19. | | | |
| | 20. **Total income** | 20. | 218,068 | 257,872 | 39,804 |
| **A** | 21. Moving expenses | 21. | | | |
| **d** | 22. Deductible part of self-employment tax | 22. | | | |
| **j** | 23. SEP/SIMPLE/Qualified plans deductions | 23. | | | |
| **u** | 24. SE health insurance | 24. | | | |
| **s** | 25. Penalty on early withdrawal of savings | 25. | | | |
| **t** | 26. Alimony paid | 26. | | | |
| **m** | 27. IRA deductions | 27. | | | |
| **e** | 28. Student loan interest | 28. | | | |
| **n** | 29. Other adjustments | 29. | | | |
| **t** | 30. **Adjusted gross income** | 30. | 218,068 | 257,872 | 39,804 |
| **s** | | | | | |
| | 31. Medical | 31. | | | |
| **D** | 32. Taxes | 32. | 10,000 | 10,000 | |
| **e** | 33. Interest | 33. | | | |
| **d** | 34. Contributions | 34. | | | |
| **u** | 35. Casualty losses | 35. | | | |
| **c** | 36. Miscellaneous expenses | 36. | | | |
| **t** | 37. **Allowable itemized deductions** | 37. | 10,000 | 10,000 | |
| **i** | 38. Standard deduction | 38. | 12,950 | 13,850 | 900 |
| **o** | | | Standard | Standard | |
| **n** | 39. Deduction taken | 39. | 12,950 | 13,850 | 900 |
| **s** | 40. Taxable income before Qual Bus Inc Ded (QBID) | 40. | 205,118 | 244,022 | 38,904 |
| | 41. QBID | 41. | 0 | 6 | 6 |
| | 42. **Taxable income** | 42. | 205,118 | 244,016 | 38,898 |

| Form **1040** | **Two Year Comparison Report - Page 2** | **2022 & 2023** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| **Edward F Sporl IV** | **6160** |

|  |  |  | 2022 | 2023 | Differences |
|---|---|---|---|---|---|
|  | 43. | Taxable income from 2YR page 1, line 42 | 43. | 205,118 | 244,016 | 38,898 |
|  | 44. | Tax on taxable income | 44. | 45,869 | 57,030 | 11,161 |
|  | 45. | Alternative minimum tax | 45. |  |  |  |
|  | 46. | Excess advance premium tax credit | 46. |  |  |  |
|  | 47. | Child care credit | 47. |  |  |  |
|  | 48. | Education credits | 48. |  |  |  |
| T | 49. | Retirement savings credit | 49. |  |  |  |
| a | 50. | Child & other dependent tax credit | 50. |  |  |  |
| x | 51. | General business credit | 51. |  |  |  |
|  | 52. | Other credits | 52. |  |  |  |
| C | 53. | **Total credits** | 53. |  |  |  |
| o | 54. | **Net tax liability** | 54. | 45,869 | 57,030 | 11,161 |
| m | 55. | Self-employment taxes | 55. |  |  |  |
| p | 56. | Other taxes | 56. | 289 | 876 | 587 |
| u | 57. | **Total tax** | 57. | 46,158 | 57,906 | 11,748 |
| t | 58. | Income tax withheld | 58. | 57,216 | 58,066 | 850 |
| a | 59. | Estimated tax payments | 59. |  |  |  |
| t | 60. | Earned income credit | 60. |  |  |  |
| i | 61. | Additional Child tax credit | 61. |  |  |  |
| o | 62. | Other refundable tax credits | 62. |  |  |  |
| n | 63. | Other payments | 63. |  |  |  |
|  | 64. | **Total payments** | 64. | 57,216 | 58,066 | 850 |
|  | 65. | **Tax due/-refund** | 65. | -11,058 | -160 | 10,898 |
|  | 66. | Penalties and interest | 66. |  |  |  |
|  | 67. | **Net tax due/-refund** | 67. | -11,058 | -160 | 10,898 |
|  | 68. | Refund applied to estimated tax payments | 68. |  |  |  |
|  | 69. | Refund received | 69. | -11,058 | -160 | 10,898 |
|  | 70. | **Effective tax rate** | 70. | 23.0 % | 24.0 % |  |

### Two Year Comparison - Tax Reconciliation Marginal Tax Rates

|  | 2022 Taxable Income | 2022 Marginal Tax Rate | 2023 Taxable Income | 2023 Marginal Tax Rate |
|---|---|---|---|---|
| Ordinary income | 205,118 | 32.0 % | 242,667 | 35.0 % |
| Capital income | | % | 1,349 | 15.0 % |
| Capital - Sec. 1250 | | % | | % |
| Capital - Sec. 1202 | | % | | % |

| Form **1040** | | **Tax Return History Report - Page 1** | | | | **2023** |
|---|---|---|---|---|---|---|

Name **Edward F Sporl IV**  Taxpayer Identification Number  **6160**

| | **2019** | **2020** | **2021** | **2022** | **2023** | **2024 Projected** |
|---|---|---|---|---|---|---|
| **Filing Status** | SGL | SGL | SGL | SGL | SGL | SGL |
| Salaries and wages | | | 235,000 | 232,122 | 275,000 | 275,000 |
| Interest income | | | | | 358 | 358 |
| Dividend income | | | | | 15,591 | 15,591 |
| Business income/loss | | | | | | |
| Capital gains/losses | | | | | | |
| Other gains/losses | | | | | | |
| IRA distributions, pensions, annuities | | | | | | |
| Rent, royalty, farm rental income | | | | | | −33,077 |
| Partnership/S corp income | −152,018 | 183,308 | 10,088 | −14,054 | −33,077 | . |
| Estate or trust income | | | | | | . |
| Farm income/loss | | | | | | |
| Other income/loss | | −163,013 | −11,082 | | | |
| **Total income** | −152,018 | 20,295 | 234,006 | 218,068 | 257,872 | 257,872 |
| Total adjustments | 21,745 | 18,977 | 13,964 | | | |
| **Adjusted gross income** | −173,763 | 1,318 | 220,042 | 218,068 | 257,872 | 257,872 |
| **Allowable itemized deductions** | 856 | 526 | 10,000 | 10,000 | 10,000 | 10,000 |
| Standard deduction | 12,200 | 12,400 | 12,550 | 12,950 | 13,850 | 14,600 |
| **Itemized or standard deduction taken** | 12,200 | 12,400 | 12,550 | 12,950 | 13,850 | 14,600 |
| Exemptions | | | | | | |
| Taxable income before Qual Bus Inc Ded | | | 207,492 | 205,118 | 244,022 | 243,272 |
| Qual Bus Inc Ded | | | | | 6 | |
| **Taxable income** | | | 207,492 | 205,118 | 244,016 | 243,272 |

· Amts in the projected col generate from the federal Tax Projection Wrk (TPW); this field is incl in the total Sch E income/loss amt on the TPW.









| Form **1040** | | **Tax Return History Report - Page 2** | | | | **2023** |

| Name | Edward F Sporl IV | | | Taxpayer Identification Number | | 6160 |

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 Projected |
|---|---|---|---|---|---|---|
| **Taxable income** | | | 207,492 | 205,118 | 244,016 | 243,272 |
| Tax on taxable income and Form 8962 | | | 47,224 | 45,869 | 57,030 | 55,304 |
| Alternative minimum tax | | | | | | |
| Total credits | | | | | | |
| **Net tax liability** | | | 47,224 | 45,869 | 57,030 | 55,304 |
| Self-employment taxes | 7,773 | 2,823 | 271 | | | |
| Other taxes | | | 399 | 289 | 876 | 876 |
| **Total tax** | 7,773 | 2,823 | 47,894 | 46,158 | 57,906 | 56,180 |
| Income tax withheld | | | 52,987 | 57,216 | 58,066 | 58,066 |
| Estimated tax payments | 9,465 | 2,836 | 613 | | | 5,631 |
| Other payments | | 600 | | | | |
| **Total payments** | 9,465 | 3,436 | 53,600 | 57,216 | 58,066 | 63,697 |
| **Total due/-refund** | -1,692 | -613 | -5,706 | -11,058 | -160 | -7,517 |
| Penalties and interest | 36 | | | | | |
| **Net tax due/-refund** | -1,656 | -613 | -5,706 | -11,058 | -160 | -7,517 |
| Refund applied to estimated tax payments | 1,656 | 613 | | | | |
| Refund received | | | -5,706 | -11,058 | -160 | |
| **Marginal tax rate** | % | % | 32.0 % | 32.0 % | 35.0 % | 32.0 % |
| **Effective tax rate** | % | % | 23.0 % | 23.0 % | 24.0 % | 23.0 % |







| Form **1040** | **Reconciliation Worksheet - Taxable Income & Tax** | **2023** |
|---|---|---|

Name: **Edward F Sporl IV**

Taxpayer Identification Number: **6160**

Tax brackets are rates applied to specific levels of taxable income. Various rates apply to different portions of the total taxable income. Type of income, further determines the rate applied. Marginal Tax Rate is the tax paid on the highest level of taxable income. This worksheet details how tax is calculated on ordinary income and capital gain income, the percentage of taxable income, marginal tax rate and the tax method used.

**Filing Status** Single

**Tax Pct** Total Tax (ln 27) divided Total Taxable Income (ln 19) **23.0** %

**Tax Method** Qualified Dividends & Capital Gain Tax Worksheet

Tax using ordinary and capital gains rates exceeds tax using only ordinary rates. Taxable income is taxed only using ordinary rates:

| Tax using capital gains rates | Tax using Ordinary rates | Tax savings |
|---|---|---|

| | Taxable Amount | Marginal Tax Rate | Tax on Taxable Income | Marginal Tax Rate - Income Range | Amount of Income to Next Tax Bracket |
|---|---|---|---|---|---|
| Ordinary Income | 242,667 | 35.0 % | 56,828 | $231,250 - $578,125 | 335,458 |
| Capital Income | 1,349 | 15.0 % | 202 | $44,725 - $578,125 | 576,776 |
| Capital Income - 1250 | | % | | | |
| Capital Income - 1202 | | % | | | |

*Tax on taxable ordinary income under $100,000 is determined using IRS Tax Tables that impose the same amount of tax on taxable income within $50 intervals. Therefore, the column (b) Tax may not be calculated as column (a) times the applicable line tax rate.

**Income taxed at ordinary rates**

| | | | (a) Taxable Income | | (b) Tax* |
|---|---|---|---|---|---|
| 1. 10% rate | Maximum taxable income per this bracket: $11,000 | 1a. | 11,000 | 1b. | 1,103 |
| 2. 12% rate | Maximum taxable income per this bracket: $33,725 | 2a. | 33,725 | 2b. | 4,044 |
| 3. 22% rate | Maximum taxable income per this bracket: $50,650 | 3a. | 50,650 | 3b. | 11,143 |
| 4. 24% rate | Maximum taxable income per this bracket: $86,725 | 4a. | 86,725 | 4b. | 20,814 |
| 5. 32% rate | Maximum taxable income per this bracket: $49,150 | 5a. | 49,150 | 5b. | 15,728 |
| 6. 35% rate | Maximum taxable income per this bracket: $346,875 | 6a. | 11,417 | 6b. | 3,996 |
| 7. 37% rate | | 7a. | | 7b. | |
| 8. **Total ordinary taxable income and ordinary tax.** Add lines 1 through 7 | | 8a. | 242,667 | 8b. | 56,828 |

**Income taxed at capital gains rates**

| | | | | | |
|---|---|---|---|---|---|
| 9. 0% capital gains rate | | 9a. | | 9b. | |
| 10. 15% capital gains rate | Maximum taxable income per this bracket: $447,675 | 10a. | 1,349 | 10b. | 202 |
| 11. 20% capital gains rate | | 11a. | | 11b. | |
| 12. 25% capital gains rate | Unrecaptured Section 1250 Gain | 12a. | | 12b. | |
| 13. 28% capital gains rate | Small business stock, collectibles | 13a. | | 13b. | |
| 14. **Total taxable capital gains and capital gains tax.** Add lines 9 through 13 | | 14a. | 1,349 | 14b. | 202 |

**Total taxable income**

| | | |
|---|---|---|
| 15. Total ordinary taxable income. Enter the amount from line 8a. | 15. | 242,667 |
| 16. Total capital gains taxable income. Enter the amount from line 14a. | 16. | 1,349 |
| 17. Add lines 15 and 16. | 17. | 244,016 |
| 18. Enter the net foreign exclusion amount from the Foreign Earned Income Tax Worksheet, line 2c. | 18. | |
| 19. **Taxable income** reported on 1040/1040SR, line 15, (1040NR, line 15). Subtract line 18 from line 17. | 19. | 244,016 |

**Total tax**

| | | |
|---|---|---|
| 20. Total ordinary tax. Enter the amount from line 8b. | 20. | 56,828 |
| 21. Total capital gains tax. Enter the amount from line 14b. | 21. | 202 |
| 22. Tax on child's interest and dividend. | 22. | |
| 23. Tax on lump-sum distribution. | 23. | |
| 24. Other taxes. | 24. | |
| 25. Add lines 20 through 24. | 25. | 57,030 |
| 26. Enter the tax allocated to the net exclusion amount from the Foreign Earned Income Tax Worksheet, line 5. | 26. | |
| 27. **Total tax** reported on 1040/1040SR, line 16, (1040NR, line 16). Subtract line 26 from line 25. | 27. | 57,030 |